OPINION — AG — A PERSON WHO PAYS "PERSONAL PROPERTY TAXES" ASSESSED ON THE VALUE OF THE PROPERTY IS AN "AD VALOREM TAXPAYER", WHETHER OR NOT SUCH PERSON PAYS "REAL PROPERTY TAXES" AND WOULD BE ELIGIBLE TO VOTE ON THE PROPOSED LEVY OF TWO AND ONE HALF MILLS FOR THE PURPOSE OF MAINTAINING A DEPARTMENT OF HEALTH IN COAL COUNTY, OKLAHOMA, TO BE ESTABLISHED PURSUANT TO ARTICLE X, SECTION 9(A) OF THE OKLAHOMA CONSTITUTION. (W. J. MONROE)